## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALAN C. DIXON | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **19-270 T** |
| | ) | |
| *v*. | ) | Case No. _____ |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S MOTION TO SEAL DOCUMENTS

Plaintiff, Alan C. Dixon, through his attorney of record, Kathryn N. Magan, pursuant to Federal Rule of Civil Procedure 26(c), moves the Court for an order permitting Plaintiff's Original Complaint and attached Exhibits to be placed under seal from the public.

Plaintiff requests that his Original Complaint and Exhibits be placed under seal from the public because they are or refer to documents or information that is confidential taxpayer information and should not be public record. Leaving the confidential information included available to the public could cause substantial harm to Plaintiff. Further, placing the exhibits under seal will cause no harm to Defendant.

### PRAYER

WHEREFORE, Plaintiff herein respectfully prays that the Court enter an order granting Plaintiff's Motion to Seal Documents, and for such other relief as this Court deems just and proper.

Respectfully submitted,

Dated: February 19, 2019

*Kathryn Magan*
KATHRYN MAGAN
Texas Bar No. 24107854
**CASTRO & CO., LLC**
K.Magan@CastroAndCo.com
13155 Noel Road, Suite 900
Dallas, TX 75240
Tel. (469) 550-0036
Fax: (866) 700-7595

**ATTORNEY FOR PLAINTIFF**

PLAINTIFFS' MOTION TO FILE UNDER SEAL
PAGE 2 OF 2