IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 19-270 T
(Judge Richard A. Hertling)

ALAN C. DIXON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**MOTION OF THE UNITED STATES TO DISMISS THE COMPLAINT**

Pursuant to RCFC 12(b)(1), the United States respectfully moves this Court for an order dismissing the complaint for lack of subject matter jurisdiction.

In support of its motion, the United States relies on the accompanying brief and the exhibits attached thereto filed simultaneously herewith.

Respectfully submitted,

November 15, 2019

*s/Courtney M. Hutson*
COURTNEY M. HUTSON
Trial Attorney
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-2004
Fax: (202) 514-9440
courtney.m.hutson@usdoj.gov

RICHARD E. ZUCKERMAN
  Principal Deputy Assistant Attorney General
DAVID I. PINCUS

1

Chief, Court of Federal Claims Section
MARY M. ABATE
  Assistant Chief, Court of Federal Claims Section

*s/Mary M. Abate*
Of Counsel