NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ALAN C. DIXON,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

2020-1584

Appeal from the United States Court of Federal Claims in No. 1:19-cv-00270-RAH, Judge Richard A. Hertling.

**ON MOTION**

PER CURIAM.

**O R D E R**

Appellant Alan C. Dixon moves to voluntarily dismiss the above-captioned appeal pursuant to Fed. R. App. P. 42(b), with each side bearing its own fees and costs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

September 21, 2020  /s/ Peter R. Marksteiner
Date  Peter R. Marksteiner
Clerk of Court

ISSUED AS A MANDATE: September 21, 2020